FILED
NOV 1 6 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06CR256-WKW |
| ) | [18 USC 922(g)(5)] |
| RAMON CONTRERAS RODRIGUEZ, ) | |
| a/k/a RICARDO MENDOZA LIRA, and ) | |
| NADIA TORREZ ) | INDICTMENT |

**The Grand Jury charges:**

## COUNT 1

On or about October 12, 2006, in Tallapoosa County, within the Middle District of Alabama, the defendants,

RAMON CONTRERAS RODRIGUEZ,
a/k/a RICARDO MENDOZA LIRA, and
NADIA TORREZ,

then being aliens illegally and unlawfully in the United States, did knowingly possess in and affecting commerce firearms, namely, a Ruby Extra .38 Caliber Pistol; a Rossi .38 Caliber Pistol; and, a Stevens Model 62 .22 Caliber Rifle, better descriptions of which are unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violations of Title 18, United States Code, Section 922(g)(5), as alleged in Count 1 of this indictment the defendant,

>RAMON CONTRERAS RODRIGUEZ,
>a/k/a RICARDO MENDOZA LIRA, and
>NADIA TORREZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

>Ruby Extra .38 Caliber Pistol,

>Ross .38 Caliber Pistol, and

>Stevens Model 62 .22 Caliber Rifle

C. If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

>(1) cannot be located upon the exercise of due diligence;

>(2) has been transferred, sold to, or deposited with a third person;

>(3) has been placed beyond the jurisdiction of the court;

>(4) has been substantially diminished in value; or,

>(5) has been commingled with other property which cannot be divided

without difficulty; the United States, pursuant to Title 21, United States Code, Section 853,

as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Todd A. Brown
Assistant United States Attorney

3