IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

7008 MAY 14  P 4: 32

UNITED STATES OF AMERICA )

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v. )                                   CR. NO. 3:06-cr-256-WKW

)

NADIA TORREZ )

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District

of Alabama and moves the Court for leave to dismiss the Indictment as to Nadia Torrez only without

prejudice, heretofore filed in the above styled cause, on the following grounds, to wit:

IN THE INTEREST OF JUSICTICE.

Respectfully submitted this the 14th day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-256-WKW |
| | ) | |
| NADIA TORREZ | ) | |

## O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment as to Nadia Torrez only without prejudice, heretofore filed in the above styled cause, and for good cause shown, IN THE INTEREST OF JUSTICE, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE