IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-256-WKW |
| | ) | |
| NADIA TORREZ | ) | |

## ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment (Doc. # 79) as to Nadia Torrez only, without prejudice, and for good cause shown, it is ORDERED that the motion is GRANTED and that the indictment against Nadia Torrez only, is dismissed without prejudice.

DONE this 16th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE